No. 08–1443. IN RE DAVIS;

No. 10–9233. IN RE HIEN ANH DAO;

No. 10–9244. IN RE RIVERA;

No. 10–9286. IN RE ROATH;

No. 10–9301. IN RE THOMPSON; and

No. 10–9343. IN RE LESTER. Petitions for writs of habeas corpus denied.

No. 10–8521. IN RE BURGESS. Petition for writ of mandamus denied.

No. 10–1052. IN RE HOVIND. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8672. IN RE CATANZARO. Petition for writ of mandamus and/or prohibition denied.

No. 10–9109. IN RE SPRINGER. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10–553. HOSANNA-TABOR EVANGELICAL LUTHERAN CHURCH AND SCHOOL *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 6th Cir. Motions of International Mission Board of the Southern Baptist Convention et al., Religious Organizations and Institutions, and Christian Reformed Church in North America et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 10–740. EMIGRANT SAVINGS BANK *v.* METAVANTE CORP. C. A. 7th Cir. Certiorari denied.

No. 10–834. COUNCIL TREE INVESTORS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.